IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

AUG 31 2015

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Judith Helpern
19713 Crystal Rock Dr, Apt
11, Germantown, MD 20874
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

Dr Hema K Patel
Wisteria Dental Care
Cristina Martin
301-515-0030

19709 executive park cir Germantown, MD 20874

*(Full name and address of the defendant(s))*
**Defendant(s)**

Civil No.: RWT 15 CV 2580
~~DKC 15CV2579~~
*(Leave blank. To be filled in by Court.)*

******

## COMPLAINT

Jurisdiction in this case is based on:

☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

☒ Other (explain): negligence & breach of duty of care and general racial comments like I would think more positively if your dad wasn't paying (of me) (she grew up with no money) my bills — I've been largely unemployed (me) for 5 years which has affected my health I also contain adding as explained that I lost my temp job last summer — partial [5] compressions lost (rest next page) negligence in failure to diagnose periodontal disease, unwarranted delays and misdiagnosis — see explanation I have no money

[Left margin handwritten note:] Dr. Hema K Patel terminated me as a patient because I complained about HIPPA violations (HIPAA) Two months after she became aware of my complaint w/ a several time I let her know complaint before working and she continued

Complaint (Rev. 12/2000)

The facts of this case are:

Dr. Hema K. Patel bought Wisteria Dental from Dr Venigallad took over my care. Dr. Hema K Patel never had me sign HIPAA form giving her permission to talk to dad w/o my explicit permission as I am over 18 though he paid the bills. Dr. Hema K Patel, Cristina Martin & Wisteria dental care breached their duty of care, showed extreme negligence in loosing my impressions & not calling to tell me until 6:30 pm night before procedure. I had to take off of work many times because of unwarranted delays & the partials they ordered for me can't have teeth added to them, I mean bottom partials. Cost me expense on loosing my temporary job as a result of her breach of duty of care which was to tell me I couldn't add to these partials which Cristina Martin - Office Manager assured me I could. Also, Dr. Hema K Patel failed to diagnose periodontal disease for at least tooth 14, had unwarranted delays, and misdiagnosis of tooth 14. I have teeth & after many complaints to her will have to get replacement partials as a result because teeth can't be added to them (partials) as I had been told by Cristina - office Manager (bottom partials). Further, I complained about HIPPA violations w/ Dr. Hema K Patel and if I remember correctly Wisteria Dental care - she terminated me in retaliation

(over)

Left margin (rotated): I never got paid for time missed from work as a result of negligence, breach of duty of care, failure to diagnose, unwarranted delays, misdiagnosis, & loosing my job as a result - I told my dad I don't want her as my dentist!

Right margin (rotated): She was allowed to say what was getting done & how much - but the racial comments she made were ofensive

for complaining about HIPPA violation. She further made many insulting comments that she would think more positively of me if my dad was not paying for the bills. I have enclosed his support documentation. She was discriminating against me because my dad paid the bills (my insurance doesn't cover dental work I need / Medicaid). Dr. Hema K Patel, Cristina Martin & Wisteria Dental Care was negligent and breached their duty of care by failing to diagnose periodontal disease (referred by other Dr for tooth 14), unwarranted delays which cost me my temporary job. Cristina Martin swore up and down that partials for bottom teeth could have teeth added which is not the case according to to other dentists (endodontist IKEO). I also needed root canals for tooth 14, 30, 31 which Dr. Hema K Patel failed to diagnose and again unwarranted delays as a result of her retaliating against me for HIPPA complaint. She takes med it was on her record. I asked her several times to show me & help me understand how the teeth could be added to bottom partials and she never could. She further needed instructions from lab on what to do with teeth because after keeping me in chair (unwarranted delay) two hours & clear the partials didn't fit & had to reschedule other appt & why I lost my job because I had to keep taking off as a result of her negligence, breach of duty of care, failure to diagnose periodontal, root canal, and partials will need replacement for bottom teeth (they knew nothing about process)

3. The relief I want the court to order is:

☒ Damages in the amount of: 1,000,000

☒ An injunction ordering: Dr. Hema K. Patel to lose her license for her negligence & breach of duty of care

☒ Other (explain) refund of all money to me - loss of employment opportunities due to her negligence & breach of duty of care

8/22/15
(Date)

Judith Halpern
(Signature)

Judith Halpern
19713 Crystal Rock Dr #11
Germantown, MD 20874
301-515-3849
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.