IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH HALPERN | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. RWT-15-2580 |
| DR. HEMA K. PATEL | * | |
| WISTERIA DENTAL CARE | | |
| CRISTINA MARTIN | * | |
| Defendants. | * | |

*****

**O R D E R**

For reasons articulated in the Memorandum Opinion, it is this 21st day of September, 2015, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 2) IS **GRANTED**;

2. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 12(h)(3);

3. The Clerk **SHALL CLOSE** this case; and

4. The Clerk **SHALL SEND** a copy of this Order and the foregoing Memorandum Opinion to Plaintiff.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE